NUMBER 13-05-600-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

THE STATE OF TEXAS,                                             Appellant,

 

                                           v.

 

BILLY
SAUNDERS,                                                    Appellee.

___________________________________________________________________

 

                  On appeal from the 117th
District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

  Before Chief Justice
Valdez and Justices Rodriguez and Castillo

Memorandum
Opinion Per Curiam

 

Appellant, THE
STATE OF TEXAS, perfected an appeal from an order entered by the 117th District Court of Nueces County, Texas, in
cause number 04-CR-4173-B. 
After the notice of appeal was filed, the State  filed a motion to dismiss the appeal.  The State requests that the Court dismiss its
appeal.








The Court, having
considered the documents on file and the State=s motion to dismiss the appeal, is of the opinion
that the motion should be granted.  The
State=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed 

this the 20th day of October, 2005.